**Opinion filed April 23, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00264-CR

_____

## DAMON WAYNE BEARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR25791**

## MEMORANDUM OPINION

Appellant, Damon Wayne Beard, has filed a motion to dismiss this appeal. In the motion, Appellant indicates that he wishes to withdraw his notice of appeal, and he requests that this appeal be dismissed. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 23, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.